IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEVE M. ELLERT, | ) |
| Plaintiff, | ) ) ) |
| v | ) Case No.: 1:20-cv-00061-WCL-SLC |
| GENERAL MOTORS COMPANY, LLC, Fort Wayne Assembly Truck Group, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Steve M. Ellert, by counsel, and the Defendant, General Motors Company LLC, by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| Attorney at Law | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| */s/ Samuel L. Bolinger (w/ permission)* | */s/ Lucy B. Bednarek* |
| Samuel L. Bolinger | Bonnie L. Martin, IN Attorney No. 20248-18 |
| 803 S. Calhoun Street, Suite 300 | Lucy B. Bednarek, IN Attorney No. 34968-49 |
| Fort Wayne, IN 46802 | 111 Monument Circle, Suite 4600 |
| Telephone: (260) 407-0040 | Indianapolis, Indiana 46204 |
| Facsimile: (260) 407-0039 | Telephone: (317) 916-1300 |
| *mark@slblawfirm.org* | Facsimile: (317) 916-9076 |
| | *bonnie.martin@ogletree.com* |
| Attorney for Plaintiff, Steve M. Ellert | *lucy.bednarek@ogletree.com* |
| | Attorneys for Defendant, General Motors LLC |

45423256.1