IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEVE M. ELLERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Case No.: 1:20-cv-00061-WCL-SLC |
| ) | |
| GENERAL MOTORS COMPANY, LLC, ) | |
| Fort Wayne Assembly Truck Group, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED this 20th day of January, 2021.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT